UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 20-23437-PDR-
    Roberto  Fernandez
    Madelaide  Tome
            Debtor(s).                                                Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through the undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On December 10, 2020 the instant case was filed.

2. On March 15, 2021 Debtor's Second Amended Chapter 13 plan was confirmed.

3. The Debtors have experienced a material financial hardship due to COVID-19 since the Debtor had been working less hours at the port.

4. The Debtors submit to modify their current plan under the CARES Act § 1113(b)(1)(C) which modifies §§ 1329 (d)(1)-(3) and seeks to extend plan payments for a total of 84 months.

5. Furthermore, after the confirmation of Debtors' plan, Creditor Internal Revenue Service filed Proof of Claim 34 that listed a priority amount.

6. Debtors also desire to modify the plan in order to provide for the new payment.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtors' FIRST Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District

Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Robin R. Weiner, Trustee and U.S. Mail on August 24, 2021: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
   Robert Sanchez, Esq., FBN#0442161