UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  20-23437-BKC-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

ROBERTO FERNANDEZ
XXX-XX-0615
MADELAIDE TOME
XXX-XX-0452

DEBTORS_____/

### NOTICE OF CONTINUED TRUSTEE'S MOTION TO DISMISS

**YOU ARE NOTIFIED** that Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion to Dismiss has been continued to:

Date:       October 4, 2021
Time:       1:00 PM
Location:   Video Conference by Zoom for Government

The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

ROBERT SANCHEZ, ESQUIRE, must:

  (a)   serve a copy of this notice of hearing and, unless previously served, the above-described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

  (b)   file a certificate of service as required under Local Rules 2002-1(F) and 9073-1(B).

Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

NOTICE OF CONTINUING TRUSTEE'S MOTION TO DISMISS
CASE NO.:  20-23437-BKC-PDR

PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice Continuing Trustee's Motion to Dismiss was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 15th day of September, 2021.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF CONTINUING TRUSTEE'S MOTION TO DISMISS
CASE NO.: 20-23437-BKC-PDR

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTORS**
ROBERTO FERNANDEZ
MADELAIDE TOME
1631 N 72ND AVENUE
HOLLYWOOD, FL  33024-5472

**ATTORNEY FOR DEBTORS**
ROBERT SANCHEZ, ESQUIRE
355 W 49TH STREET
HIALEAH, FL  33012

**ROBERT SANCHEZ, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.