UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 20-23437-BKC-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

ROBERTO FERNANDEZ
XXX-XX-0615
MADELAIDE TOME
XXX-XX-0452

DEBTORS_____/

## NOTICE OF WITHDRAWAL OF MOTION AND CANCELLATION OF HEARING

**\*\*\* (Hearing Set for 10/04/2021 is cancelled) \*\*\***

**PLEASE TAKE NOTICE** that Robin R. Weiner, Esquire, Standing Chapter 13 Trustee hereby withdraws her Motion to Dismiss or in the Alternative Convert Case to Chapter 7, said motion having been made moot. The hearing set for October 4, 2021 at 1:00 pm on said motion is hereby cancelled.

**RESPECTFULLY SUBMITTED** this 6th day of October, 2021.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**COPIES FURNISHED TO:**

**DEBTORS**
ROBERTO FERNANDEZ & MADELAIDE TOME
1631 N 72ND AVENUE
HOLLYWOOD, FL 33024-5472

**ATTORNEY FOR DEBTORS**
ROBERT SANCHEZ, ESQUIRE
355 W 49TH STREET
HIALEAH, FL 33012