**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO:  20-23437 BKC PGH |
| **ROBERTO FERNANDEZ** | **CHAPTER 13** |
| XXX-XX-0615 | |
| **MADELAIDE TOME** | |
| XXX-XX-0452 | |
| _____Debtors_____/ | |

### AGREED EX PARTE MOTION FOR SUBSTITUTION OF COUNSEL

*COMES NOW,* Christian Paul Larriviere, Esq., and pursuant to Local Rule 2091-1, hereby moves this Court for an Ex Parte Order Granting the Ex Parte Motion for Substitution of Counsel, and in support of said motion states as follows:

1. This motion is being filed pursuant to Local Rule 2091-1.
2. The debtors, Roberto Fernandez and Madelaide Tome, were represented by Robert Sanchez, Esq.
3. The debtors have retained new counsel, Christian Paul Larriviere, Esq., to continue with their bankruptcy proceedings.
4. The debtors consent to the substitution of counsel, as noted in the Notice of Substitution of Counsel, attached as Exhibit A.
5. If there are funds due to prior counsel they shall be paid to new counsel, as well as all future attorneys fees and costs shall be paid to the new counsel, Christian Paul Larriviere, Esq..

*WHEREFORE,* Christian Paul Larriviere, Esq., respectfully requests that this Honorable Court enter an Ex Parte Order Granting Motion for Substitution of Counsel, allowing Christian Paul Larriviere, Esq., to be substituted for Robert Sanchez, Esq., and that all future pleading be sent to Christian Paul Larriviere, Esq., and for such other and further relief as this Honorable Court deems appropriate and just.

The Law Offices of Christian Paul Larriviere, P.A.
Counsel for the Debtor
1250 SW 27TH Avenue Suite 307
Miami, Florida 33135
P: (954) 239-7150
F: (954) 874-6110
E: Christian@cpllaw.com
By: _____/s_____
Christian Paul Larriviere, Esq.
Florida Bar No: 571156

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  
Roberto Fernandez  
XXX-XX-0615  
Madelaide Tome  
XXX-XX-0452  
_____Debtors_____/

CASE NO: 20-23437-PGH  
CHAPTER 13

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that the Law Offices of Christian Paul Larriviere, P.A., is hereby substituted as attorney for the Debtors, Roberto Fernandez & Madeline Tome, replacing Robert Sanchez, P.A.. All documents pertaining to the above-captioned case should be served on the following counsel:

> The Law Offices of Christian Paul Larriviere, P.A.  
> Christian Paul Larriviere, Esq.  
> Florida Bar # 571156  
> Counsel for the Debtors  
> 1250 SW 27th Avenue, Suite 307  
> Miami, Florida 33135  
> P: (954) 239-7150  
> F: (954) 874-6110  
> E: Christian@cpllaw.com

Dated this 24th day of January 2023

_____  
Robert Fernandez

_____  
Robert Sanchez, Esq.  
Robert Sanchez, PA  
Florida Bar No: 0442161  
335 W. 49th Street  
Hialeah, Florida 33012  
P: (305) 687-8008  
F: (305) 512-9701  
E: courtnotes@bankruptcyclinic.com

_____  
Madelaide Tome

_____  
Christian Paul Larriviere, Esq.  
The Law Offices of Christian Paul Larriviere, P.A.  
Florida Bar No: 571156  
1250 SW 27th Avenue, Suite 307  
Miami, Florida 33135  
P: (954) 239-7150  
F: (954) 874-6110  
E: Christian@cpllaw.com

EXHIBIT A